**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In Re: ) Case No. 2:09-bk-23860-GBN
)
BRUNS, JAMES ALBERT ) Chapter 7
BRUNS, PENNY A., )
) **APPLICATION FOR ORDER FOR**
Debtors. ) **PAYMENT OF UNCLAIMED**
) **FUNDS TO U.S. BANKRUPTCY**
) **COURT**
)
)
_____

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient address and no other address for these creditors is on filed with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3008 | 3/7/11 | PREMIERE VACATION CLUB 2111 E HIGHLAND AVE STE 200 PHOENIX AZ 85016 | $18.44 |
| 3009 | 3/7/11 | PREMIERE DEVELOPMENT INC 2111 E HIGHLAND AVE STE 200 PHOENIX AZ 85016 | $277.56 |

Dated this 17th day of March, 2011.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee